## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02978-WJM-STV

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

     Plaintiffs,

v.

JEFFERSON HOSPITALTY LTD, RLLP
d/b/a BEST WESTERN DENVER SOUTHWEST,

     Defendants.

_____

## JOINT SETTLEMENT AGREEMENT
_____

Plaintiff, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, JEFFERSON HOSPITALTY LTD, RLLP, d/b/a BEST WESTERN DENVER SOUTHWEST hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this February 11, 2022.

| | |
|---|---|
| By: */s/ Anthony J. Perez* | By: */s/ Timothy M. Reynolds* |
| ANTHONY J. PEREZ | Florida Bar No.:899 |
| Florida Bar No.: 535451 | |
| | Timothy M. Reynolds, Esq. |
| GARCIA-MENOCAL & PEREZ, P.L | BRYAN CAVE LEIGHTON PAISNER LLP |
| 4937 S.W. 74th Court, Unit #3 | 1801 13TH Street, Suite 300 |
| Miami, FL 33155 | Boulder, CO 80302 |
| Telephone: (305) 553- 3464 | Telephone: (303) 417-8510 |

| Facsimile: (305) 553-3031<br>Primary Email:  ajperez@lawgmp.com<br>Secondary Email: dperaza@lawgmp.com<br>*Attorney for Plaintiff* | Email: timothy.reynolds@bclplaw.com<br>*Attorney for Defendant* |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 11, 2022, a copy of the foregoing document was filed with the Clerk, using CM/ECF, who will forward copies to all counsel of record above.

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsimile: (305)553-3031
Primary Email:  ajperez@lawgmp.com
Secondary                    Email:
dperaza@lawgmp.com
*Attorney for Plaintiff*