**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02978-WJM-STV

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

      Plaintiffs,

v.

JEFFERSON HOSPITALTY LTD, RLLP
d/b/a BEST WESTERN DENVER SOUTHWEST,

      Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, ("Plaintiffs"), and Defendant, JEFFERSON HOSPITALTY LTD, RLLP, d/b/a BEST WESTERN DENVER SOUTHWEST, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE to the immediate dismissal of this action with prejudice, with each party to bear his or its own attorney's fees and costs.

Respectfully submitted on March 10, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Timothy M. Reynolds* |
| ANTHONY J. PEREZ, ESQ. | Timothy M. Reynolds, Esq. |
| GARCIA-MENOCAL & PEREZ, P.L. | BRYAN CAVE LEIGHTON PAISNER LLP |
| 1600 Broadway | 1801 13TH Street, Suite 300 |
| Denver, CO 80202 | Boulder, CO 80302 |
| Telephone: (305) 553-3464 | Telephone: (303) 417-8510 |
| Email: ajperez@lawgmp.com | Email: timothy.reynolds@bclplaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 10, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___*/s/  Anthony J. Perez*_____
      ANTHONY J. PEREZ